# TRITICO ⟡ RAINEY PLLC
## LAWYERS

**L. JAMES KRELL**
ASSOCIATE ATTORNEY
jkrell@triticorainey.com

1523 YALE STREET
HOUSTON, TEXAS 77008
(713) 581-3399 TELEPHONE
(888) 716-7860 TOLL FREE
(713) 581-3360 FACSIMILE
www.triticorainey.com

April 5, 2021

*Via Electronic Mail*
Gregg Greenberg
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Springs, Maryland 20910

  *Re: Cause Number 4:21-cv-359: Williams v. Texley, Inc.: Rule 11 Agreement Regarding Settlement and Hearing on Plaintiff's Motion for Notice to Potential Plaintiffs*

Dear Counsel:

  Please accept this correspondence as a formal Rule 11 agreement regarding our previous communications. The parties have reached an agreement to settle the above stated lawsuit. Due to the agreement, Plaintiff's Motion for Notice to Potential Plaintiff's shall be removed from the docket and/or submission while the settlement is completed. If this is your understanding of our agreement, please indicate with your signature below.

                Best Regards,

                *[signature]*
                James Krell
                Attorney for Texley, Inc.

*[signature]* w/ permission
24072191

Gregg Greenberg
Attorney for Plaintiff

1